No. 861. ZUBER ET AL. *v.* ALLEN ET AL.; and

No. 1076. HARDIN, SECRETARY OF AGRICULTURE *v.* ALLEN ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of two hours allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Lawrence D. Hollman* and *Carlyle C. Ring, Jr.*, for petitioners in No. 861, and *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for petitioner in No. 1076. *Charles P. Ryan* and *Edward J. Ryan* for respondents in both cases. Briefs of *amicus curiae* in support of the petition in No. 861 were filed by *Elliot L. Richardson,* Attorney General, and *Charles M. Burnim,* Assistant Attorney General, for the State of Massachusetts; *Robert K. Killian,* Attorney General, and *Michael J. Scanlon,* Assistant Attorney General, for the State of Connecticut; and *Herbert F. DeSimone,* Attorney General, and *Charles G. Edwards,* Assistant Attorney General, for the State of Rhode Island. A brief was filed by *James M. Jeffords,* Attorney General, for the State of Vermont as *amicus curiae* in opposition to the petitions in both cases. Reported below: 131 U. S. App. D. C. 109, 402 F. 2d 660.

No. 944. FINCHUM *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *James T. Edmunds* for petitioner. *William F. Watkins, Jr.,* for respondent.

No. 1049. WEATHERFORD OIL TOOL CO., INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *George H. Jewell, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Crombie J. D. Garrett,* and *Loring W. Post* for the United States.